IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUL -7 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GRAND OAKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 00-MC-028 |
| ARTHUR W. ANDERSON, SR., and JERRY L. HOLLINGSWORTH, | ) |
| Defendants. | ) |

## ORDER OF REFERENCE

Before the Court are Defendant Arthur W. Anderson, Sr.'s motions requesting a hearing pursuant to Federal Rule of Civil Procedure 60(b), filed March 17, 2005, and May 23, 2005. This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the magistrate judge's report shall be made within ten (10) days of the magistrate judge's report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

So ORDERED this 7 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-8-05

159

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:00-MC-00028 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Arthur W. Anderson
P.O. Box 242041
Memphis, TN 38124

David J. Cocke
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT