IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GRAND OAKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 00-MC-028 |
| ARTHUR W. ANDERSON, SR., and JERRY L. HOLLINGSWORTH, | ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANTS' MOTION FOR CLARIFICATION OF COURT'S FEBRUARY 26, 2004, ORDER AND TO CORRECT THE COURT'S DOCKET**

Before the Court is Defendants' motion for clarification of an order issued by the Court on February 26, 2004, and to correct the Court's docket, filed October 8, 2004. Both the February 26, 2004, order and the docketed filings referenced in Defendants' motion concern the docket in case no. 94-2967 D/A, a case over which the Hon. Bernice B. Donald is presiding. The Court is therefore unable to clarify or correct any orders on that docket. Accordingly, Defendants' motion is DENIED.

So ORDERED this 8 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 161 in case 2:00-MC-00028 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

David J. Cocke
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Arthur W. Anderson
P.O. Box 242041
Memphis, TN 38124

Honorable Jon McCalla
US DISTRICT COURT